**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for MANUEL COVARRUBIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-CR-418 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE CHANGE OF PLEA, |
| vs. ) | AND ORDER THEREON |
| MANUEL RUESGA COVARRUBIAS, ) aka JOSE MANUEL COVARRUBIAS, ) | DATE: March 28, 2008<br>TIME: 9:00 AM<br>DEPT: Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the change of plea hearing presently scheduled before the Hon Lawrence J. O'Neill for March 28, 2008 at the hour of 9:00 AM be continued to March 31, 2008 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: March 25, 2008    .    McGREGOR W. SCOTT, United States Attorney

By: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 25, 2008.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant COVARRUBIAS

1                                  ORDER

2        Time is excluded in the interests of justice pursuant to

3 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.  The declaration of

4 Defense Counsel establishes good cause.

6 IT IS SO ORDERED.

7 **Dated:   March 26, 2008**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE