1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for MANUEL COVARRUBIAS

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  | UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-418 LJO |
   |---|---|---|
10 | Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING, |
11 | vs. | ) | AND ORDER of DENIAL |
12 | MANUEL RUESGA COVARRUBIAS, aka JOSE MANUEL COVARRUBIAS, | ) | DATE: June 20, 2008<br>TIME: 8:45 AM |
13 | | ) | DEPT: Hon. Lawrence J. O'Neill |
   | Defendant. | ) | |
14 | _____ | ) | |

15         IT IS HEREBY STIPULATED by and between the parties hereto through

16 their attorneys of record that the sentencing hearing presently scheduled before the Hon

17 Lawrence J. O'Neill for June 20, 2008 at the hour of 8:45 AM be continued to July 11,

18 2008 at 8:45 AM.

19         The parties agree that the delay resulting from the continuance shall be

20 excluded in the interests of Justice, including, but not limited to, the need for the period

21 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

22 Section 3161 (h)(8)(B)(iv), and availability of counsel.

23 Dated: June 5, 2008.        .        McGREGOR W. SCOTT, United States Attorney

24
                                        By: /s/ Kathleen A. Servatius
25                                      KATHLEEN A. SERVATIUS, Assistant U.S. Attorney
                                        Attorney for Plaintiff
26 Dated: June 5, 2008.
27                                       /s/ Daniel A. Bacon
                                        DANIEL A. BACON,
28                                      Attorney for Defendant COVARRUBIAS

              Stipulation to Continue Sentencing Hearing and Order Thereon

1 ORDER

2 A STIPULATION DOES NOT IN AND OF ITSELF PROVIDE GOOD CAUSE FOR A
3 CONTINUANCE.  WITHOUT GOOD CAUSE, A MATTER CAN NOT BE CONTINUED.
4 SINCE NO GOOD CAUSE HAS BEEN PROVIDED, THE REQUEST IS THEREFORE
5 DENIED.
6 IT IS SO ORDERED.

7 **Dated:   June 11, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE