1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for MANUEL COVARRUBIAS

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | NO. 1:06-CR-418 LJO |
| 10              Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING, |
| 11  vs. | AND ORDER THEREON |
| 12  MANUEL RUESGA COVARRUBIAS, aka JOSE MANUEL COVARRUBIAS, | DATE:  June 20, 2008<br>TIME:  8:45 AM |
| 13 | DEPT:  Hon. Lawrence J. O'Neill |
| 14              Defendant. | |

15         IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing presently scheduled before the Hon Lawrence J. O'Neill for June 20, 2008 at the hour of 8:45 AM be continued to July 11, 2008 at 8:45 AM.

19         The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

23  Dated: June 5, 2008.        .        McGREGOR W. SCOTT, United States Attorney

                                        By:  /s/ Kathleen A. Servatius
                                        KATHLEEN A. SERVATIUS, Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated: June 5, 2008.
                                         /s/ Daniel A. Bacon
                                        DANIEL A. BACON,
                                        Attorney for Defendant COVARRUBIAS

Stipulation to Continue Sentencing Hearing and Order Thereon

1 | ORDER
2 | Time is excluded in the interests of justice pursuant to
3 | 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.
4 | Good cause exists to grant the stipulated request.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11  IT IS SO ORDERED.
12  **Dated:   June 16, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28